# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

MARQUAEL RUSSELL                                                                    PLAINTIFF

V.                                          No. 5:07CV00121 JLH

GERALD ROBINSON, *et al.*                                                           DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 30th day of July, 2007.

_____
UNITED STATES DISTRICT JUDGE